**Michael S. HELTON,
Claimant/Appellant,**

v.

**SCHNUCKS MARKET, INC., et
al., Employer/Respondents.**

**No. ED 83043.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 30, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 11, 2004.

Burton A. Librach, St. Louis, MO, for
appellant.

John J. Johnson, Jr., St. Louis, MO, for
Schnucks Market.

Michael Finneran, St. Louis, MO, for
Second Injury Fund.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, JR., J., and
LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Claimant, Michael Helton, appeals from
a decision by the Labor and Industrial
Relations Commission awarding him permanent partial disability benefits but denying him temporary and permanent total
disability benefits. An opinion would have
no precedential value. The parties have
been provided with a memorandum for
their information only setting forth the
reasons for this order.

1. Employer's motion to strike claimant's brief

The decision of the Labor and Industrial
Relations Commission is affirmed. Rule
84.16(b).[1]

and dismiss the appeal is denied.